**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING**

**DIANA MEY**,

        Plaintiff,

v.                                           CIVIL ACTION NO. 5:18-CV-59
                                             (BAILEY)

**TOURS CONSULTING LLC**,
a/k/a Your Tour Travel Consultant,
a/k/a yourtourconsultant.com,
a/k/a AZ Able Marketing, Inc.,
**LISA FERRARI**, and
**DANDREA HARRIS**,

        Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND SETTING MATTER FOR A HEARING ON DAMAGES

This matter comes before this Court for consideration of Plaintiff's Motion for Entry of Default [Doc. 14], which this Court construes as a Motion for Default Judgment, filed on May 14, 2019. The relevant facts are as follows. Plaintiff filed her Complaint [Doc. 1] on April 30, 2018. This Court's Docket reflects service of Summons was effected on Lisa Ferrari and Tours Consulting, LLC on August 15, 2018 [Doc. 8]. Therein, the defendants were cautioned that they must file a responsive pleading on the plaintiff or plaintiff's counsel within twenty-one (21) days after service. On October 16, 2018, after that passage of time, the plaintiff moved for a Clerk's Entry of Default [Doc. 9] against the defendants. On October 16, 2018, a Clerk's Entry of Default was entered against the defendants [Doc. 10, 11]. The defendants have not moved to set aside the Default, nor have they otherwise responded.

Thereafter, on May 14, 2019, plaintiff filed the instant Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2) for failure to plead or otherwise defend. As the

defendants continue to ignore this civil action, the Court finds good cause to grant plaintiff's Motion.

Accordingly, upon consideration of the above, this Court is of the opinion that Plaintiff's Motion for Default Judgment **[Doc. 14]**, should be, and the same hereby is **GRANTED**.  As such, a Hearing on Damages is now set for **June 4, 2019, at 9:30 a.m.**

**IT IS SO ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and to send by certified mail, return receipt requested, to the defendants.

**DATED**: May 20, 2019.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE