# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

**DIANA MEY,**

       Plaintiff,

v.                                **CIVIL ACTION NO. 5:18-CV-59**
                                       Judge Bailey

**TOURS CONSULTING LLC,**
a/k/a Your Tour Travel Consultant,
a/k/a yourtourconsultant.com,
a/k/a AZ Able Marketing, Inc.,
**LISA FERRARI**, and
**DANDREA HARRIS,**

       Defendants.

## ORDER DIRECTING PARTIES TO SUBMIT STATUS REPORTS

On May 29, 2019, this Court stayed proceedings in this matter upon recognition of the Suggestion of Bankruptcy [Doc. 16] filed by defendant Lisa Ferrari, which indicated said defendant had filed a voluntary petition for relief under Chapter 7 in the United States Bankruptcy Court for the Southern District of Florida. *See* [Doc. 18]. Over a year and a half have elapsed. Accordingly, the parties are directed to file Status Reports updating the Court on the status of this case **within fourteen (14) days** of the entry of this Order.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

DATED: February 23, 2021.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE